JOSHUA D. HALE, SBN 243082
HALE & ENGLEMAN, LLP
7801 Mission Center Court, Suite 430
San Diego, CA 92108

Telephone (619) 365-9532
Facsimile (619) 296-9810

Attorney for Plaintiff Jesse Mendoza

FILED
2008 AUG 14. AM 9: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JESSE MENDOZA,

    Plaintiff,

v.

CITY OF SAN DIEGO, a public entity; SAN DIEGO POLICE OFFICER JOHN DOE #1, [full name unknown],

    Defendants.

Case No.: '08 CV 1479 W RBB

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND NEGLIGENCE

JURY TRIAL DEMANDED

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under 28 U.S.C. §1331, and 42 U.S.C. §1983. This Court has venue over the instant matter as the events complained of took place in the City of San Diego, California, and the individual parties are domiciled in this County.

## THE PARTIES

2. Plaintiff Jesse Mendoza (Mendoza) is, and at all relevant times mentioned herein, was a resident of San Diego County, California, and the City of San Diego, California.

3. Defendant City of San Diego is a public entity and municipality located within the County of San Diego, California.

1

3. Defendant John Doe #1 (believed to be one Sergeant Edelman, currently under investigation with Internal Affairs), an individual, sued herein in his official capacity as a peace officer or law enforcement officer, and was at all times relevant hereto employed by Defendant City of San Diego, acting under color of his authority as a governmental law enforcement officer; acted as an agent and employee of Defendant City of San Diego, and acted within the course and scope of his employment. Defendant John Doe #1, is also sued herein in his individual capacity, acted individually and on his own behalf in participating in the events alleged herein.

## PRELIMINARY ALLEGATIONS

4. Every peace officer or law enforcement officer has the duty to exercise reasonable care for the safety of those persons whom that officer, stops, detains, arrests, or assists.

5. Every person has the right to be protected from unconstitutional conduct arising out of a formally approved policy or government custom.

6. Every person has the right not to be deprived of any rights, privileges, or immunities secured by the federal and state constitution and laws including, but not limited to, rights under the Fourth Amendment, Equal Protection Clause, and under 42 U.S.C. §1983.

7. On or about November 11, 2007, at or about 1:30 a.m., Plaintiff Mendoza was at the nightclub "On Broadway" located at 615 Broadway, San Diego, CA. He was exiting the club, and was walking on Broadway, when he was approached by a Caucasian man who stated to him: "Get out of my way wetback." Whereupon this man punched Mendoza in the face. Mendoza was intoxicated at the time of the altercation.

8. At that time and place, Plaintiff Mendoza saw a San Diego Police Department vehicle, and asked the officer therein to arrest the man who punched him [Defendant John Doe #1]. The uniformed San Diego police officer was driving a marked vehicle number 552. The uniformed Officer was Caucasian, approximately 5'10", and in his late 30's or early 40's in age. At present, the officer's name is unknown, but is believed to be Edelman.

9. Defendant John Doe #1 police officer refused to arrest the man who punched Plaintiff Mendoza as the officer did not witness the event himself. Defendant John Doe #1

further stated that if he made an arrest, he would be required to arrest both Plaintiff Mendoza and his assailant. Further, Defendant John Doe #1 refused to make a written report of which had any information on the assailant. Defendant John Doe #1 told Plaintiff Mendoza everything would be fine, instructed Plaintiff Mendoza to "come with him" and put Plaintiff Mendoza in the squad car, in the back seat, which gave Plaintiff no means of getting out of the vehicle. The officer stated to "diffuse the situation" he wanted to get Plaintiff Mendoza away from his assailants, and asked Plaintiff Mendoza where his vehicle was parked. Plaintiff Mendoza was driven to the parking lot next to the House of Blues, 1055 5th Avenue, San Diego, CA 92101.

10. Even though Plaintiff Mendoza was intoxicated, Defendant John Doe #1 instructed Plaintiff Mendoza to get into my car and drive home. Plaintiff Mendoza believed that he was obeying a lawful order of a uniformed San Diego Police Officer.

11. On Plaintiff Mendoza's way home, he had to swerve to avoid a vehicle on Ambrosia Drive in San Diego, California. Thereupon, Plaintiff Mendoza hit a parked car, and his vehicle flipped over. The San Diego police were called and responded. Plaintiff Mendoza was taken to Sharp Hospital, whereupon he was arrested for driving under the influence.

12. On March 19, 2008 Plaintiff Mendoza filed a claim with Defendant City of San Diego, a copy of which is attached hereto as Exhibit A, and made a part hereof.

13. On May 9, 2008 Defendant City of San Diego rejected said claim. A copy of that rejection is attached hereto as Exhibit B, and made a part hereof.

**FIRST CLAIM FOR RELIEF**
Violation of State and Federal Civil Rights
By Plaintiff as Against All Defendants

14. Plaintiff Mendoza refers to and realleges Paragraphs 1 through 14, inclusive, of this Complaint, and incorporates the same by reference as though fully set forth at length herein.

15. Defendants, and each of them, violated Plaintiff's federal and state civil rights.

16. Defendants, and each of them, were acting or purporting to act in the performance of this official duties, and their conduct violated Plaintiff's federal and state civil rights.

17. Defendants, and each of them, held Plaintiff under the color of law, and threatened arrest should Plaintiff not comply with Defendant orders.

18. Plaintiff was harmed thereby, and the conduct of Defendant, an each of them, was a substantial factor in causing Plaintiff's harm.

19. As a direct and proximate result of the acts of Defendant and each of them, Plaintiff Mendoza was harmed in an amount presently unknown, but according to proof at trial.

## SECOND CLAIM FOR RELIEF
Negligence
By Plaintiff as Against All Defendants

19. Plaintiff Mendoza refers to and realleges Paragraphs 1 through 18, inclusive, of this Complaint, and incorporates the same by reference as though fully set forth at length herein.

20. Plaintiff is informed and believes, and based thereon alleges that the actions of Defendants, and each of them, as aforesaid, were negligent and careless, in that Defendant John Doe #1 failed and refused to report the incident, and that said Defendant John Doe #1 negligently and carelessly gave Plaintiff an order to drive his vehicle when Defendant John Doe #1 either knew or should have known that Plaintiff Mendoza was intoxicated.

21. As a direct and proximate result of the acts of Defendant John Doe #1, as aforesaid, Plaintiff Mendoza was damaged in an amount presently unknown, but according to proof at trial.

22. As a further direct and proximate result of the acts of Defendant John Doe #1, as aforesaid, Plaintiff Mendoza was required to and did employ physicians and hospitals, and did incur medical and related expenses in an amount according to proof at trial.

**WHEREFORE,** Plaintiff Mendoza prays judgment as follows:

1. For compensatory damages in an amount presently unknown, but according to proof at trial;

2. For medical and related expenses in an amount according to proof at trial;

3. For cost of suit herein; and

///
///
///

4. For such other and further relief as the Court may deem just and proper.

Dated: August 4, 2008

*[signature]*

Joshua D. Hale
Attorney for Plaintiff
Jesse Mendoza



THE CITY OF SAN DIEGO



RECEIVED
MAY 1 5 2008
Hale & Engelman LLC

May 9, 2008

Jesse Mendoza
C/o Joshua Hale, Esq.
7801 Mission Center Ct., Suite # 430
San Diego, CA 92108

Reference:   City File #:         LX08-0110-1827
             Date of Incident:    November 11, 2007
             Claimant:            MENDOZA, Jesse

Dear Mr. Mendoza:

Your claim, which was filed sometime ago against the City of San Diego, was referred to this office for investigation, and, with the advice of the office of the City Attorney, a determination of legal liability.

As you may know, the liability of a municipality to persons who claim damages is strictly limited by the acts of the legislature of the State of California governing municipal operations.

Because subsequent investigation and legal opinion determined that your claim cannot be honored, and because no formal denial has been caused to be issued by the City of San Diego within the 45-day time period as prescribed in California Government Code Section 912.4, your claim is deemed denied by operation of that law.

Subject to certain exceptions, **you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.** See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

*Charles Hopper*

Charles Hopper
Claims Representative


DIVERSITY

**Risk Management**
1200 Third Avenue, Suite 1000 • San Diego, CA 92101-4107
Tel (619) 236-6670  Fax (619) 236-6106



2008 MAR 19 AM 10: 37

R.M.S.D.

# CLAIM AGAINST THE CITY OF SAN DIEGO
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

TIME STAMP

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** Jesse Mendoza
   a. **ADDRESS OF CLAIMANT** 6645 Ambrosia Drive
      San Diego                                           CA         92120
      (CITY)                                          (STATE)      (ZIP)
   b. **PHONE NO.** Home (858) 232-7459      c. **DATE OF BIRTH** 10/01/75
      Business (858) 385-5582

   d. **SOCIAL SECURITY NO.** 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      e. **DRIVER'S LIC. NO.** A9172775

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   Joshua D. Hale, Attorney at Law, 360 West Lexington Avenue, Suite 100, El Cajon, CA 92020

3. Occurrence or event from which the claim arises:

   a. **DATE:** 11/11/07      b. **TIME:** 1:30 a.m.      c. **PLACE** (exact and specific location):

   Outside of 615 Broadway, San Diego, CA 92101

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   See Attachment

   e. State how or in what manner the City of San Diego or its employees were at fault:
   See Attachment

RM-9 (Rev.4-00)                This Information is available in alternative formats upon request

Clear Entire Form

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JESSE MENDOZA

### DEFENDANTS
CITY OF SAN DIEGO, JOHN DOE #

2008 AUG 14  AM 9:34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff  **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **SAN DIEGO**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**08 CV 1479 W RBB**

(c) Attorney's (Firm Name, Address, and Telephone Number)
JOSHUA D. HALE, HALE & ENGELMAN, LLP 7801 Mission Center Court, Suite 430, San Diego CA 92108 (619) 365-9532

Attorneys (If Known)
Office of the City Attorney, 1200 third Avenue, suite 1100
San Diego California 92101 (619) 535-5800

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
|  | / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
|  | ☒ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1983
Brief description of cause:
Police violation of Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  Aug 13, 2008

SIGNATURE OF ATTORNEY OF RECORD
_Joshua Hale_  _by James E Engelman Esq_

**FOR OFFICE USE ONLY**

RECEIPT # 184030   AMOUNT 350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

MB 08/14/08

```
              UNITED STATES
             DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA
                SAN DIEGO DIVISION

            # 154030      - MB

             August 14, 2008
                09:34:32


              Civ Fil Non-Pris
      USAO #.: 08CV1479 CIVIL FILING
      Judge..: THOMAS J WHELAN
      Amount.:               $350.00 CK
      Check#.: BC1495



            Total-> $350.00


      FROM: JESSE MENDOZA VS CITY OF SAN
            DIEGO, JOHN DOE #
```