Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JESSE MENDOZA

vs

CITY OF SAN DIEGO, a public entity; SAN DIEGO POLICE OFFICER JOHN DOE #1, [full name unknown]

**SUMMONS IN A CIVIL ACTION**

Case No. 08CV1479 W RBB

FILED 2008 AUG 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOSHUA D. HALE, HALE & ENGELMAN, LLP, 7801 MISSION CENTER COURT, SUITE 430, SAN DIEGO, CA 92108, (619) 365-9532

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

AUG 1 5 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)